FILED
NOV 30 2023
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____BO_____ DEP CLK

AT THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

Case No. 7:23-cv-1631-BO

**Marian Elizabeth Dubar, a woman dba
Marian Elizabeth Dubar Estate Living Trust**

*Prosecutor/plaintiff*

Ryan Hanks dba President/CEO for Go Store It Leland LLC;
Ryan Hanks dba President/CEO for MADISON CAPITAL
GROUP; Crystal Graham dba Manager for Go Store It
Leland, LLC, Amy M. Youngblood dba General Counsel for
Madison Capital Group
*wrongdoers/defendant*

Nature of case: claim (verified)

Claim: Breach of Contract/ Breach of Trust

## STATEMENT OF CLAIM

i, marian elizabeth dubar, a woman dba Marian Elizabeth Dubar Estate Living Trust as Beneficiary have a claim against the defendant(s) Ryan Hanks dba President/CEO for Go Store It Leland LLC; Ryan Hanks dba President/CEO for MADISON CAPITAL GROUP; Crystal Graham dba Manager for Go Store It Leland, LLC, Amy M. Youngblood dba General Counsel for Madison Capital Group acting agent for Breach of Contract, Breach of Trust and Refusal of Tender for Settlement.

i, marian elizabeth dubar a woman dba Marian Elizabeth Dubar Estate Living Trust as Beneficiary has suffered injury, loss and harm in the amount of Thirty Thousand ($30,000.00) USD for Lease#:1124/Unit 2073 & Lease#:1136/ Unit 2082

**I Declare under penalty and perjury under the laws of the United States of America that the foregoing is true and correct. 28 USC 1746**

<u>Non-citizen National of the United States Native North Carolinian</u>

Subscribed and sworn to before me this 30th day of November, 2023.

By: _marian elizabeth dubar, a woman_
marian elizabeth dubar, a woman dba
**Marian Elizabeth Dubar Estate Living Trust**