UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| MARIAN ELIZABETH DUBAR, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>RYAN HANKS, CRYSTAL GRAHAM, and )<br>AMY M. YOUNGBLOOD, )<br>)<br>Defendants. )<br>) | **JUDGMENT**<br><br>7:23-CV-1631-BO-RJ |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED AND DECREED** that the Court ADOPTS the M&R [DE 14] in its entirety. Defendants' motion to dismiss is GRANTED. [DE 6]. Plaintiff's complaint is DISMISSED without prejudice for lack of subject matter jurisdiction. Further, plaintiff's motion to deposit funds is DENIED as moot. [DE 5].

This case is closed.

**This judgment filed and entered on May 7, 2024, and served on:**
Marian Elizabeth Dubar (via US Mail to Post Office Box 7548, Wilmington, NC 28406)
Lucas David Garber (via CM/ECF Notice of Electronic Filing)

May 7, 2024



PETER A. MOORE, JR., CLERK

/s/ Lindsay Stouch
By: Deputy Clerk